[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13076
Non-Argument Calendar
_____

D.C. Docket No. 2:10-cr-14017-KMM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee

versus


MARC DENNIS VADNAIS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 14, 2013)

Before BARKETT,  MARTIN and FAY, Circuit Judges.

PER CURIAM:

Marc Vadnais appeals his 180-month sentence, imposed within the applicable guideline range, after pleading guilty to one count of receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2).  We review the reasonableness of a sentence under a deferential abuse-of-discretion standard.  *Gall v. United States*, 552 U.S. 38, 41, 128 S.Ct. 586, 591, 169 L.Ed.2d 445 (2007).  In determining substantive reasonableness, we examine the totality of the circumstances, including an evaluation of whether the statutory factors in § 3553(a) support the sentence.  *United States v. Gonzalez*, 550 F.3d 1319, 1324 (11th Cir. 2008).

We are satisfied, on this record, that the district court's decision to impose a 180-month sentence was substantively reasonable.  The record clearly shows that Vadnais's sentence was appropriate to comport with the purposes of § 3553(a)(2).  His sentence is within the Guidelines and furthermore, it reflects the seriousness of his offense and the evidence of postsentencing rehabilitation.

**AFFIRMED.**